

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RHONDA LAPEYROUSE SCOTT | CIVIL ACTION |
| VERSUS | NO. 00-1681 |
| AMERICAN UNITED LIFE INS. CO. | SECTION "K"(4) |

## JUDGMENT

Considering the foregoing Order and Reasons,

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment be entered in favor of American United Life Insurance Company and Operators and Consultants Services, Inc. and against Rhonda Lapeyrouse Scott dismissing the petition with prejudice, each party to bear its/her own costs.

New Orleans, Louisiana, this 13th day of July, 2001.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE

DATE OF ENTRY
JUL 1 3 2001